

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2020

No. 04-18-00411-CV

**REPSOL OIL AND GAS USA, LLC** as successor of Talisman Energy USA Inc, Statoil Texas Onshore Properties, LLC, and Statoil Pipelines, LLC, and OGE, LLC,
Appellants

v.

**MATRIX PETROLEUM, LLC,** Matrix Petroleum Holdings LLC, JAR Resources Holdings, L.P., and TMRX Petroleum, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00158-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant Respol Oil and Gas USA, LLC's has filed a motion for leave to file an amended and supplemental appellant's brief. The motion notes appellees do not oppose the motion to amend the appellant's brief to provide additional citations to the court reporter's late-filed exhibits, but oppose the motion to supplement the appellant's opening brief. The motion states supplementing the brief is necessary only if this court determines its reply brief is an improper method of challenging alternative findings that might support the judgment. Appellant attached to its motion an "amended and supplemental" appellant's brief.

We note this case has been pending since June 2018, multiple parties have filed separate briefs, this case involves a cross-appeal, and the case is "at issue" and ready to be submitted to a panel for decision. To the extent appellant's motion requests to provide this court with additional citations to late-filed exhibits, for simplicity's sake, the motion is granted in part as follow: We **ORDER** appellant Respol Oil and Gas USA, LLC to file an advisory with this court, within 15 days: (1) identifying the references in its appellant's brief to the late-filed exhibits for which citations to the record are missing; and (2) providing appropriate citations to the supplemental reporter's record. The court will consider the citations provided in the advisory as if they were contained in the original appellant's brief.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2020.



MICHAEL A. CRUZ, Clerk of Court